IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIRANDA LARUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 23-cv-02023-JWL |
| KILOLO KIJAKAZI, ) | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**   **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Order Granting Defendant's Unopposed Motion To Reverse and Remand Pursuant To Sentence Four (Doc. #14) filed June 20, 2023 the Commissioner's decision be and hereby is **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.


Dated: 6/20/2023                               SKYLER B. O'HARA, CLERK

                                               s/ Audra Harper
                                               Deputy Clerk